IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

EDWARD RIVERA TRINIDAD

CASE NO. 10-02282-SEK13   SEK

NAOMI MOLINA MARTINEZ
  Debtor(s)

Chapter: 13

## MINUTES OF HEARING ON CONFIRMATION AND/OR OTHER CHAPTER 13 PROCEEDINGS

MATTERS TO BE CONSIDERED:
CONFIRMATION OF PLAN DATED 03/25/2010 (#2)

PARTIES PRESENT: ☐ Debtor  ☑ Debtor's Attorney  ☑ Chapter 13 Trustee  ☐ Creditors:

NOTES AND REMARKS: * (Order will be entered electronically)

☐ **Plan Confirmed** Dated: _____ * ☐ As modified in open Court see additional comments.
☐ **Modified Plan** Dated: _____ ☐ Approved ☐ Denied
☐ Opposition ☐ Motion To Dismiss ☐ Motion To Convert: withdrawn by: _____
☐ Confirmation of Plan is denied for reasons stated in open Court.
☐ Motion filed by _____ is ☐ Granted * ☐ Denied * ☐ Moot.
☐ Debtor's motion requesting voluntary dismissal is hereby granted. * ☐ Trustee is awarded $100.00 for costs.
☐ Case is dismissed for reasons stated in open Court. * ☐ Order to show cause is enforced and case is dismissed.*
☐ The Court will retain jurisdiction upon the application for compensation filed by Debtor's Counsel for a period of _____ days.
☐ Motion for Reconsideration was granted. * Order Dismissing Case entered on _____ is vacated and set aside.
☐ Motion filed by _____ requesting conversion was granted.*
☐ The case was converted for reasons stated in open Court. * ☐ _____ to pay conversion fees within _____ days.
☐ Debtor's ☐ Trustee's Objection to Claim No. _____ filed by _____ is: ☐ Granted ☐ Denied, **Claim is :*** ☐ Disallowed ☐ Allowed as _____.
☐ Debtor has _____ days to file objection to claim(s) number(s) _____ of creditor(s)
☐ Application for Compensation and/or Reimbursement of Expenses filed by _____ is ☐ Approved in the amount of _____ * ☐ Denied.*
☐ 341 Meeting was rescheduled for: _____ at _____
☑ Hearing rescheduled: ☐ Status conference set: ☐ Pretrial hearing for: 8/10/10 at 8:30am
☐ Clerk to give notice of hearing.* ☐ Clerk to follow up and return to chambers within _____ days for court to consider pending matters: _____
☑ Additional Comments: The Judge could not be present at this Hearing. Debtor has fail to file Tax Returns for year 2007. & 2009. The Trustee will be filing a Motion to Dismiss.
Confirmation was Rescheduled to 8/10/2010 @ 8:30 A.M.

DATE: 6-1-2010                                           BY: MARIBEL MONTALVO