IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

EDWARD RIVERA TRINIDAD

NAOMI MOLINA MARTINEZ
Debtor(s)

CASE NO. 10-02282-SEK13    SEK

Chapter: 13

## MINUTES OF HEARING ON CONFIRMATION AND/OR OTHER CHAPTER 13 PROCEEDINGS

MATTERS TO BE CONSIDERED:
CONFIRMATION OF AMENDED PLAN DATED 05/21/2010 (#14)

PARTIES PRESENT: ☐ Debtor  ☐ Debtor's Attorney  ☐ Chapter 13 Trustee  ☐ Creditors:

NOTES AND REMARKS: * (Order will be entered electronically)

☑ Plan Confirmed Dated: 5-21-10 (#14) *  ☐ As modified in open Court see additional comments.
☐ Modified Plan Dated: _____  ☐ Approved  ☐ Denied
☐ Opposition ☐ Motion To Dismiss ☐ Motion To Convert: withdrawn by: _____
☐ Confirmation of Plan is denied for reasons stated in open Court.
☐ Motion filed by _____ is  ☐ Granted *  ☐ Denied *  ☐ Moot.
☐ Debtor's motion requesting voluntary dismissal is hereby granted. *  ☐ Trustee is awarded $100.00 for costs.
☐ Case is dismissed for reasons stated in open Court. *  ☐ Order to show cause is enforced and case is dismissed.*
☐ The Court will retain jurisdiction upon the application for compensation filed by Debtor's Counsel for a period of _____ days.
☐ Motion for Reconsideration was granted. * Order Dismissing Case entered on _____ is vacated and set aside.
☐ Motion filed by _____ requesting conversion was granted.*
☐ The case was converted for reasons stated in open Court. * ☐ _____ to pay conversion fees within _____ days.
☐ Debtor's ☐ Trustee's Objection to Claim No. _____ filed by _____ is: ☐ Granted ☐ Denied, Claim is :* ☐ Disallowed ☐ Allowed as _____.
☐ Debtor has ____ days to file objection to claim(s) number(s) _____ of creditor(s)
☐ Application for Compensation and/or Reimbursement of Expenses filed by _____ is
  ☐ Approved in the amount of _____ * ☐ Denied.*
☐ 341 Meeting was rescheduled for: _____ at _____
☐ Hearing rescheduled: ☐ Status conference set: ☐ Pretrial hearing for: _____ at _____
☐ Clerk to give notice of hearing.* ☐ Clerk to follow up and return to chambers within _____ days for court to consider pending matters: _____
☐ Additional Comments:

DATE: 8-10-2010                                    BY: MARIBEL MONTALVO